UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

OPRAH D. KEATON,

Plaintiff,

v.

PATRICK SCOTT, JOHN WUORINEN, J. PARSONS, CITY OF ST. PAUL, J. ESCHLE, JOHN BENNINGHOFF, REGIONS HOSPITAL, SUE MCGINLEY, NONCEBA S. MBANGATA, and SANDRA FAGERBERG,

Defendants.

CIVIL NO. 00-2443 (DSD/JMM)

ORDER

The above matter came on for hearing before the undersigned on April 11, 2001 upon Plaintiff's Motion to Amend Complaint [Docket No. 12]. Kenneth Udoibok, Esq. appeared on behalf of Plaintiff; Gail Langfield, Esq. appeared on behalf of Defendants Scott, Wuorinen, Parsons, and St. Paul; Marlene Garvis, Esq. appeared on behalf of Defendants Eschle and Regions Hospital; Tracy Galinson, Esq. appeared on behalf of Defendant Benninghoff. Attorney Garvis agreed to accept service of the Second Amended Summons and Complaint on behalf of the newly-added Defendants.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Complaint [Docket No. 12] is granted. Defendants McGinley, Mbangata, and Fagerberg shall file responses to the Second Amended Complaint no later than April 24, 2001. If any other Defendant

FILED APR 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

wishes to file a new Answer to the Second Amended Complaint, that Defendant may do so no later than April 24, 2001.

Dated: April 11, 2001

JOHN M. MASON
United States Magistrate Judge