UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil File No: 00-2443 DSD/JMM

---

Oprah D. Keaton, Trustee for the heirs and next-of-kin of Artis R. Graham,

Plaintiff,

vs.

Officer Patrick Scott, individually and in his official capacity; Officer John Wuorinen, individually and in his official capacity, Officer J. Parsons, individually and in his official capacity; the City of St. Paul; J. Eschle, R.N., individually and in her official capacity; John Benninghoff, MD, individually and in his official Capacity; Regions Hospital, a Minnesota corporation,

Defendants.

**STIPULATION TO ALLOW DEPOSITION OF NURSE FAGERBERG AFTER JANUARY 1 DISCOVERY DEADLINE**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective counsel, that the deposition of Sandra Fagerberg may be taken during the week of January 7 or 14, 2002, as it could not be completed prior to the expiration of the discovery deadline of January 1, 2002.

Dated: 12-20-01

**HALLELAND, LEWIS, NILAN, SIPKINS & JOHNSON**

By: Katheryn Davis Messerich
KATHERYN DAVIS MESSERICH (180622)
Attorneys for Defendant Benninghoff
600 Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-4501
(612) 338-1838

FILED DEC 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: 12-20-01

**OFFICE OF THE CITY ATTORNEY**

By: [signature]

GAIL LANGFIELD (#184172)
Attorneys for Defendant City Of St. Paul
550 City Hall and Court House
15 West Kellogg Boulevard
St. Paul, MN 55102
651-266-8770

Dated: 12/20/01

**JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

By: Marlene S. Garvis

MARLENE S. GARVIS (#164082)
Attorneys for Defendants McGinley, Mbangata, Fagerberg, and Regions Hospital
444 Cedar Street
Suite 2100
St. Paul, Minnesota 55101-2160
(651) 290-6500

Dated: 12/20/01

**LAW OFFICES OF**
**KENNETH UBONG UDIOBOK**

By: ______________________
KENNETH U. UDOIBOK (#0262523)
Attorney for Plaintiff
2469 University Avenue
St. Paul, MN 55114
651-641-0220

**ORDER**

IT IS ORDERED that the deposition of Sandra Fagerberg may be taken during the week of January 7 or 14, 2002.

DATED THIS 21 DAY OF December, 2001

**BY THE COURT:**

Mag. Judge of District Court