UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

OPRAH D. KEATON,

Plaintiff,

v.

PATRICK SCOTT, JOHN WUORINEN, J. PARSONS, CITY OF ST. PAUL, J. ESCHLE, JOHN BENNINGHOFF, REGIONS HOSPITAL, SUE MCGINLEY, NONCEBA S. MBANGATA, and SANDRA FAGERBERG,

Defendants.

CIVIL NO. 00-2443 (DSD/JMM)

ORDER

The above matter came on for hearing before the undersigned on April 23, 2002 upon Plaintiff's Motion to Sever Claims and/or Separate Trial [Docket No. 22]. Kenneth Udoibok, Esq. appeared on behalf of Plaintiff; Gail Langfield, Esq. appeared on behalf of Defendants Scott, Wuorinen, Parsons, and the City of St. Paul; Marlene Garvis, Esq. and Jessica Schwie, Esq. appeared on behalf of Defendants Eschle and Regions Hospital; Cynthia Arends, Esq. appeared on behalf of Defendant Benninghoff.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion to Sever Claims and/or Separate Trial [Docket No. 22] is denied without prejudice, for the reasons placed on the record.

Dated: April 23, 2002

JOHN M. MASON
United States Magistrate Judge

APR 24 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK