UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No. 00-2443 (DSD/~~JMM~~ SRN)

Oprah D. Keaton, Trustee for the heirs and next-of-kin of Artis R. Graham,

Plaintiff,

vs.

Officer Patrick Scott, individually and in his official capacity; Officer John Wuorinen, individually and in his official capacity; Officer J. Parsons, individually and in his official capacity; the City of St. Paul; Sue McGinley, R.N., individually and in her official capacity; Nonceba S. Mbangata, R.N., individually and in her official capacity; Sandra Fagerberg, R.N., individually and in her official capacity; John Benninghoff, MD, individually and in his official Capacity; Regions Hospital, a Minnesota corporation,

Defendants.

---

***ORDER***

---

The above-entitled matter came on before the undersigned Judge of the United States Federal District Court on the written submission of Defendants Sue McGinley, Nonceba Mbangata, Sandra Fagerberg, and Regions Hospital, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

**Whereas** said Defendants have expressly directed the Court, pursuant to FRCP 54(b), to enter judgment on the summary judgment granted in their favor, and

**Whereas** there is no just reason for delay,

FILED 1-10-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 1-10-03
DEPUTY CLERK

**JUDGMENT IS HEREBY ENTERED** on the summary judgment granted in favor of Defendants Sue McGinley, Nonceba Mbangata, Sandra Fagerberg, and Regions Hospital, dismissing Plaintiff's claims against them in their entirety and with prejudice.

BY THE COURT

Dated: 1/9/03

David S. Doty, Judge
United States District Court

# UNITED STATES DISTRICT COURT
## District of Minnesota

700 Federal Building
316 North Robert Street
St. Paul, MN 55101

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

417 Federal Building
515 West First Street
Duluth, MN 55802

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.