AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Oprah D. Keaton, Trustee for the heirs and next-of-kin of Artis R. Graham,

V.

Officer Patrick Scott, individually and in his official capacity, et al

**JUDGMENT IN A CIVIL CASE**

Case Number: 00-2443 DSD/SRN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Summary judgment is granted in favor of defendants Sue McGinley, Nonceba Mbangata, Sandra Fagerberg and Regions Hospital dismissing plaintiff's claims against them in their entirety and with prejudice.

January 10. 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Julie M. Rustad, Deputy Clerk

66

Modified:01/09/03