**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

Orpah D. Keaton, Trustee for the heirs and next-of-kin of Artis R. Graham,

Plaintiffs,

v.

Officer Patrick Scott, individually and in his official capacity; Officer John Wuorinen, individually and in his official capacity; Officer J. Parsons individually and in his official capacity; the City of St. Paul; Sue McGinley, R.N., individually and in her official capacity; Nonceba S. Mbangata, R.N., individually and in her official capacity, Sandra Faherberg, R.N., individually and in her official capacity ; John Benninghoff, M.D., individually and in his official capacity; Regions Hospital, a Minnesota corporation,

Defendants.

Civil File No. 00-2443 (DSD/SRN)

**ORDER**

---

The above matter came on for the undersigned judge of United States Federal District Court upon the written submission of Defendant John Benninghoff, M.D., pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

1. Defendant John Benninghoff, M.D. has expressly directed the Court, pursuant to Federal Rule Civil Procedure 54(b) to enter judgment on the Order of Dismissal filed on October 31, 2002 in his favor.

2. Whereas there is no just reason for delay, judgment is hereby entered on the Order of Dismissal granted in favor of Defendant John Benninghoff, M.D.

FILED 1-10-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D 1-10-03
DEPUTY CLERK

DN: 172760

3. Plaintiff's claims against Defendant John Benninghoff, M.D. are dismissed in their entirety and with prejudice.

Dated this 7th day of January, 2003.

BY THE COURT

Honorable David S. Doty
Judge of United States District Court

# UNITED STATES DISTRICT COURT
**District of Minnesota**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

417 Federal Building
515 West First Street
Duluth, MN 55802

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

> ***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.